## AMENDED TRUSTEE'S CONFIRMATION REPORT –1/2/17

**DEBTOR:** Isaac & Elizabeth Kendrick     **CASE NO. 15-20212-PRW**
**ATTORNEY:** Patrick Russi, Esq.     **ATTORNEY FEES:** $3,500
    **Additional Attorney Fees:** $

I. **TRUSTEE RECOMMENDATION:** _____ Plan Recommended    __X__ Plan Not Recommended

II. **PLAN FILED DATE: 3/7/15 (ECF BK No. 2)**

    A. **PAYMENTS:**     $700     per monthly voluntarily

    B. **REPAYMENT:**
       To secured creditors    $37,156    with interest $ 50,765
       To priority creditors    $10,671
       To unsecured creditors    $    100% + 4.5%
       Total unsecured debt    $20,259 (UIB)
       Duration of Plan    5+    years
       Total Scheduled Debt    $92,694    incl. mortgages

    C. **FEASIBILITY:**
       Monthly Income    $5,237.00    (net) $ 5,237.00    (gross)
       Less Estimated Expenses    $4,733.35
       Excess for Wage Plan    $503.65

    D. **OBJECTIONS to Confirmation:**
       American Tax Funding – See objection. ECF BK No. 21.

       Trustee-
       1. The plan must address the above;
       2. If the secured claims are allowed as filed with the proper rates of interest, then the plan does not satisfy the liquidation test;
       3. The Kendricks are behind on plan payments.

    E. **Other comments:**
       ☐ risk factor 3 because of prior bankruptcies
       ☐ need judgments removed     ☐ need mortgages eliminated
       ☐ need appraisals of real estate and personal property     ☐ need motions to value collateral
       ☐ need certification of post petition DSO payments.     ☐ need proof of surrender efforts
       ☒ other: The above figures assumes payment of that tax claims as filed with the proper rates of interest.

III. **TREATMENT OF SECURED CLAIMS/LEASE ARREARS:** [Interest rate unless otherwise stated: %]

| Creditor | Amt of Claim | Security Claimed | Perfected | Plan Treatment | Monthly Pmt |
|---|---|---|---|---|---|
| ATF | $15,682.53 | R/P Taxes | Yes | None | |
| ATF | $3,603.76 | R/P Taxes | Yes | None | |
| ATF | $4,550.03 | R/P Taxes | Yes | None | |
| ATF | $2,726.26 | R/P Taxes | Yes | None | |
| Propel Tax | $4,462.71 | R/P Taxes | Yes | Full + 18% | $114 |
| Propel Tax | $4,625.36 | R/P Taxes | Yes | Full + 18% | $118 |
| Citimortgage | $33,037.09 | Arrears | Yes | 0 * | |

\* Post-petition fee supplement -$1,505     $26

IV. **SPECIAL PLAN PROVISIONS:**

    A.    CLASSIFICATION of unsecured creditors: *Not applicable*
           Class 1:    % $
           Class 2:    % $
           Class 3    % $

    B.    Rejection of executory contracts:

    C.    Other Plan Provisions:

V. **BEST INTEREST TEST:**
    A.    All assets were listed.
    B.    Total market value of assets:    $ 231,432
        Less valid liens    $ 114,090
        Less exempt property    $ 45,842
        (Available for judgment liens    $108,225 )
        Subtotal    $ 71,500
        Less est. Chapter 7 fees    $ 6,825
    C.    Total available in liquidation    $ 64,675
    D.    Best interests including present value    $ 70,172
        Less priority claims    $ 10,671
        (Support $    )
    E.    Amount due to unsecured    $ 59,501
    F.    Amount to be distributed to unsecured creditors    $ 0
    G.    Nature of major non-exempt assets:

VI. OTHER:
   A. Debtor(s) states that the plan is proposed in good faith with intent to comply with the law.
   B. Debtor(s) states that to the best of its knowledge there are no circumstances that would affect the ability to make the payments under the plan.
   C. (If a business) The Trustee has investigated matters before him relative to the condition of debtor's business, and has not discovered any actionable causes concerning fraud, dishonesty, incompetence, misconduct, mismanagement or irregularities in managing said business.
   D. Debtor requests no wage order because: _____ disability or retirement, __X__ self employed, _____ risk of job loss, _____ other
   E. Converted from Chapter 7 because: Non Applicable.

/S/_____
GEORGE M. REIBER, TRUSTEE