United States Bankruptcy Court

Western District of New York

In re:  Case No. 15-20212-PRW
Isaac Kendrick  Chapter 13
Elizabeth Kendrick
    Debtors

# CERTIFICATE OF NOTICE

| District/off: 0209-2 | User: admin | Page 1 of 3 |
|---|---|---|
| Date Rcvd: Jun 16, 2021 | Form ID: 522q | Total Noticed: 34 |

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ++ | Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.P.2002(g)(4). |
| ## | Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable. Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed. The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jun 18, 2021:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jdb | + | Isaac Kendrick, Elizabeth Kendrick, 562 Mt. Read Boulevard, Rochester, NY 14606-1416 |
| sp | + | James M. O'Keefe, William Mattar, P.C., 6720 Main St., Ste. 100, Williamsville, NY 14221-5986 |
| ntcapr | + | Nationstar Mortgage LLC, c/o Robertson, Anschutz & Schneid P.L., 6409 Congress Ave., Suite 100, Boca Raton, FL 33487-2853 |
| sp | + | William Mattar, P.C., 6720 Main Street, Suite 100, Williamsville, NY 14221-5986 |
| 21325646 | + | American Tax Funding LLC, 250 Tequesta Dr., Ste 306, Tequesta, FL 33469-2765 |
| 21325973 | + | American Tax Funding, LLC, Stagg Terenzi Confusione & Wabnik, LLP, 401 Franklin Avenue, Suite 300, Garden City, New York 11530-5942 |
| 21312940 | + | Department of Education, PO Box 105028, Atlanta, GA 30348-5028 |
| 21335091 | | ECMC, PO BOX 16408, ST. PAUL, MN 55116-0408 |
| 21312941 | + | Enterprise Recovery Systems Inc., PO Box 5288, Oak Brook, IL 60522-5288 |
| 21312943 | + | McQuaid Jesuit High School, 1800 S. Clinton Avenue, Rochester, NY 14618-2659 |
| 21312944 | + | Patrice Evans, 38 Sunset Street, Rochester, NY 14606-2020 |
| 21312945 | + | Patricia Evans, 81 Aberdeen Street, Rochester, NY 14619-1254 |
| 21312946 | + | Propel Tax Services, 7990 IH-10 West, Suite 200, San Antonio, TX 78230-4786 |
| 21312947 | + | RG&E, PO Box 11747, Newark, NJ 07101-4747 |
| 21312948 | ++ | ROCHESTER REGIONAL HEALTH, 100 KINGS HIGHWAY SOUTH, 1ST FLOOR BILLING DEPT BLDG B, ROCHESTER NY 14617-5503 address filed with court:, Rochester Regional Health System, PO Box 10758, Rochester, NY 14610 |
| 21316937 | + | Rochester General Health Systems, PO Box 10758, Rochester, NY 14610-0758 |
| 21538806 | + | U.S. BANK NATIONAL ASSOCIATION, Nationstar Mortgage LLC, ATTN: Bankruptcy Dept, PO Box 619094, Dallas, Texas 75261-9094 |
| 21543198 | + | US Bank as Cust for Tower DBW II Trust 2013-1, PO Box 645040, Cincinnati, OH 45264-0303 |
| 21624132 | + | US Bank as Custodian for Tower DBW II Trust 2013-1, P. O. Box 645040, Cincinnati, OH 45264-0303 |

TOTAL: 19

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| cr | | Email/PDF: Citi.BNC.Correspondence@citi.com | Jun 16 2021 18:23:03 | CitiMortgage, Inc., CitiMortgage, Inc., PO Box 6030, Sioux Falls, SD 57117-6030 |
| 21326004 | + | Email/Text: bankruptcy@atfs.com | Jun 16 2021 18:19:00 | American Tax Funding LLC, PO Box 863517, Orlando, FL 32886-3517 |
| 21312939 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Jun 16 2021 18:23:04 | CitiMortgage, P.O. Box 183040, Columbus, OH 43218-3040 |
| 21324951 | | Email/PDF: Citi.BNC.Correspondence@citi.com | Jun 16 2021 18:23:04 | CitiMortgage, Inc., P.O. Box 688971, Des Moines, IA 50368-8971 |
| 21324078 | | Email/PDF: Citi.BNC.Correspondence@citi.com | Jun 16 2021 18:23:04 | CitiMortgage, Inc., P.O. Box 6030, Sioux Falls, SD 57117-6030 |
| 21681420 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Jun 16 2021 18:23:03 | Citibank, N.A., P.O. Box 6241, Sioux Falls, SD 57117-6241 |

| Recip ID | | Method | Date/Time | Name and Address |
| --- | --- | --- | --- | --- |
| 21312938 | | Email/PDF: Citi.BNC.Correspondence@citi.com | Jun 16 2021 18:23:04 | Citimortgage, PO Box 6243, Sioux Falls, SD 57117-6243 |
| 21312942 | | Email/Text: sbse.cio.bnc.mail@irs.gov | Jun 16 2021 18:19:00 | Internal Revenue Service, Department of Treasury, PO Box 8208, Philadelphia, PA 19101-8208 |
| 21336903 | + | Email/Text: bankruptcydpt@mcmcg.com | Jun 16 2021 18:19:00 | Midland Credit Management, Inc., as agent for MIDLAND FUNDING LLC, PO Box 2011, Warren, MI 48090-2011 |
| 21352865 | | Email/Text: Bankruptcy_PFS@propelfs.com | Jun 16 2021 18:19:00 | Propel Financial Services, LLC, PO BOX 100350, San Antonio, Texas 78201-1650 |
| 21322712 | | Email/Text: bnc-quantum@quantum3group.com | Jun 16 2021 18:19:00 | Quantum3 Group LLC as agent for, CP Medical LLC, PO Box 788, Kirkland, WA 98083-0788 |
| 21320372 | + | Email/Text: rgebankruptcy@rge.com | Jun 16 2021 18:19:00 | Rochester Gas and Electric Corporation, 89 East Avenue, Rochester, New York 14649-0002 |
| 21323815 | | Email/PDF: ais.sprint.ebn@americaninfosource.com | Jun 16 2021 18:22:41 | Sprint, Attn Bankruptcy Dept, PO Box 7949, Overland Park KS 66207-0949 |
| 21312949 | + | Email/Text: newyork.bnc@ssa.gov | Jun 16 2021 18:19:00 | Social Security Administration, Northeastern Program Service Center, PO Box 314400, Jamaica, NY 11431-7400 |
| 21312951 | | Email/PDF: ais.tmobile.ebn@americaninfosource.com | Jun 16 2021 18:22:58 | T-Mobile, PO Box 742596, Cincinnati, OH 45274 |

TOTAL: 15

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
| --- | --- | --- |
| 21338989 | *+ | American Tax Funding LLC, PO Box 863517, Orlando, FL 32886-3517 |
| 21353319 | * | PROPEL FINANCIAL SERVICES, LLC, PO BOX 100350, San Antonio, Texas 78201-1650 |
| 21316938 | *+ | Rochester General Health Systems, PO Box 10758, Rochester, NY 14610-0758 |
| cr | ##+ | Jaquanda Nero, Athari & Associates, LLC, Two Oxford Crossing, Suite 2, New Hartford, NY 13413-3246 |
| 21514016 | ##+ | Jaquanda Nero, c/o Athari & Associates, LLC, Two Oxford Crossing, Suite 2, New Hartford, NY 13413-3246 |
| 21312950 | ##+ | Sweeney Gallo Reich & Bolz, LLP, 95-25 Queens Boulevard, 11th Floor, Rego Park, NY 11374-4509 |

TOTAL: 0 Undeliverable, 3 Duplicate, 3 Out of date forwarding address

## NOTICE CERTIFICATION

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jun 18, 2021     Signature:     /s/Joseph Speetjens

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on June 15, 2021 at the address(es) listed below:

| Name | Email Address |
| --- | --- |
| Andrew Livingston Boughrum | on behalf of Creditor Jaquanda Nero ABoughrum@AthariAssociates.com |

| | |
|---|---|
| Barbara Ann Whipple | on behalf of Notice of Appearance Creditor Nationstar Mortgage LLC bwhipple@rasflaw.com bkyecf@rasflaw.com;RAS@ecf.courtdrive.com |
| Barbara Ann Whipple | on behalf of Creditor U.S. Bank National Association as Trustee for STRUCTURED ASSET SECURITIES CORPORATION SASCO MORTGAGE LOAN TRUST 2002-12 MORTGAGE PASS-THROUGH CERTIFICATES SERIES 2002-12 bwhipple@rasflaw.com, bkyecf@rasflaw.com;RAS@ecf.courtdrive.com |
| Cara Michele Goldstein | on behalf of Notice of Appearance Creditor American Tax Funding LLC cgoldstein@stcwlaw.com, wcavanagh@stcwlaw.com |
| David M. Giglio | on behalf of Creditor Jaquanda Nero dgigliolaw@yahoo.com aoneil@dgigliolaw.com |
| George M. Reiber | trustee13@roch13.com greiber@roch13.com |
| James M. O'Keefe | on behalf of Special Counsel James M. O'Keefe jokeefe@williammattar.com |
| Melanie A. Sweeney | on behalf of Notice of Appearance Creditor CitiMortgage Inc. msweeney@msgrb.com, blink@msgrb.com;rfelix@msgrb.com |
| Patrick K. Russi | on behalf of Joint Debtor Elizabeth Kendrick prussi@mrresq.com |
| Patrick K. Russi | on behalf of Debtor Isaac Kendrick prussi@mrresq.com |

TOTAL: 10

**UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF NEW YORK**

In Re:

    Isaac Kendrick
    Elizabeth Kendrick

                Debtor(s)

Case No.: 2−15−20212−PRW
Chapter: 13

SSN: xxx−xx−7249
SSN: xxx−xx−4107

# NOTICE OF PLAN PAYMENTS PAID
# AND
# OPPORTUNITY TO REQUEST HEARING FOR
# APPLICABILITY OF 11 USC §§1328(h) and 522(q)

TO: All Parties

    Parties are hereby notified that all required plan payments are paid. Requests for a hearing regarding the applicability of 11 USC §§ 1328(h) and 522(q) as it impacts issuance of the debtor's discharge may be made by filing a motion with the Court at any time before the discharge is issued. The discharge will be issued as is practicable after 30 days from the date of this notice.

Date: June 16, 2021

Lisa Bertino Beaser
Clerk of Court

Form 522q/Doc 167
www.nywb.uscourts.gov